# EXHIBIT 67:

EMAILS BETWEEN KIM SATTERLEE AND SANDRA LAWS, 3/12/15, 3/24/15, & 5/4/15, DISCUSSING COLUMBIA ELEMENTARY FIELD TRIP TO VICTORY MINISTRY AND SPORTS COMPLEX

| | |
|---|---|
| **From:** | "Kim Satterlee" <ksatterlee@cableone.net> |
| **Subject:** | Re: Victory rental |
| **Date:** | Mon, May 4, 2015 1:31 pm |
| **To:** | "sandra@victoryjoplin.com" <sandra@victoryjoplin.com> |

We are looking forward to Friday too!! I take it that you received the fax of the signed contract? Here are the entree orders for lunch:
7 nachos
12 pepperoni pizzas
10 cheese pizzas
4 hot dogs
I also told the kids to bring extra money for snacks and food other than what their "lunch" covers.
Email or text me any additional info needed before Friday
My cell is 438-9231
Thanks again!
Kim Satterlee
Sent from my iPhone

> On May 4, 2015, at 10:41 AM, sandra@victoryjoplin.com wrote:
>
>
>
> Hi Kim,
>
> We're looking forward to having your fifth graders with us this Friday. I
> just wanted to touch base and see if you have any last minute questions
> for me. I'll need your lunch orders no later than tomorrow so I can make
> sure we have everything we need on hand.
>
> I'm excited to see how your event goes. This will be a trial run for us in
> the "lunch combo" category. We've had other schools inquire about this
> option so I'm glad for the possibility this opens for us to further serve
> our customers.
>
> Thanks,
> Sandra
>
>
>
>
>
>
>
>> No worries and let's plan on May 8th, 9:30-1:30 that day. Thanks so much
>> and let me know if you need a deposit and when I can come pick up or if
>> you mail the rental agreement. We can also start the process to have
>> parent signatures for those participating. Thanks again, Kim Satterlee
>>> On Mar 24, 2015, at 10:49 AM, sandra@victoryjoplin.com wrote:
>>>
>>>
>>> I actually booked May 18 about 20 minutes ago, but May 8 and May 14, are
>>> both available. Let me know which you prefer and the times you wish to
>>> book and I'll get you on the calendar. As soon as I hear from you, I
>>> will
>>> generate a rental agreement and get that out to you along with a copy of
>>> our participation waiver. We will need a signed copy of that for each
>>> person who plans to play during your event.
>>>
>>> I look forward to hearing from you.
>>> Sandra
>>>
>>>
>>>> Everything sounds great! Can you check the following dates and let me
>>>> know

000006

```
>>>> if the gym is available? In order of preference: May 18th, 8th, and
>>>> 14th.
>>>> Please let me know if that is possible or call me and we can figure out
>>>> the next step...thanks, Kim Satterlee 438-9231
>>>>> On Mar 12, 2015, at 12:35 PM, sandra@victoryjoplin.com wrote:
>>>>>
>>>>>
>>>>>
>>>>> Hi Kim,
>>>>>
>>>>> I have information for you regarding your rental inquiry. We would be
>>>>> able
>>>>> to do what you're asking for $8. per student. This would include any
>>>>> siblings that come along with parent chaperons. Teachers and parents
>>>>> would
>>>>> be free of charge for building entry, but they will need to purchase
>>>>> any
>>>>> food they consume.
>>>>>
>>>>> This would give the students admittance into the facility, one entree,
>>>>> one
>>>>> snack item and one drink. Entrees would include pizza, nachos or hot
>>>>> dogs.
>>>>> We request that these items be pre-ordered so we can be prepared.
>>>>> Snacks
>>>>> would be one candy OR chips, not both, and drinks would be canned soda
>>>>> or
>>>>> bottled water.
>>>>>
>>>>> I think the easiest way to do this would be for you to give each
>>>>> student
>>>>> three tickets, one for food, one for a drink and one for a snack. We
>>>>> would
>>>>> collect those as they are served and once a student has used all of
>>>>> his/her tickets, they would need to purchase anything more they
>>>>> wanted.
>>>>>
>>>>> If you have any other questions, please don't hesitate to ask. I'll be
>>>>> happy to help you.
>>>>>
>>>>> Thank you for your interest in Victory. We appreciate the opportunity
>>>>> to
>>>>> serve the students of Columbia Elementary.
>>>>>
>>>>> Sincerely,
>>>>> Sandra Laws
>>>>> Administrative Assistant
>>>>> VMSC
>
>
```

000007

**From:** sandra@victoryjoplin.com
**Subject:** Victory rental
**Date:** Thu, March 12, 2015 11:35 am
**To:** ksatterlee@cableone.net

Hi Kim,

I have information for you regarding your rental inquiry. We would be able to do what you're asking for $8. per student. This would include any siblings that come along with parent chaperons. Teachers and parents would be free of charge for building entry, but they will need to purchase any food they consume.

This would give the students admittance into the facility, one entree, one snack item and one drink. Entrees would include pizza, nachos or hot dogs. We request that these items be pre-ordered so we can be prepared. Snacks would be one candy OR chips, not both, and drinks would be canned soda or bottled water.

I think the easiest way to do this would be for you to give each student three tickets, one for food, one for a drink and one for a snack. We would collect those as they are served and once a student has used all of his/her tickets, they would need to purchase anything more they wanted.

If you have any other questions, please don't hesitate to ask. I'll be happy to help you.

Thank you for your interest in Victory. We appreciate the opportunity to serve the students of Columbia Elementary.

Sincerely,
Sandra Laws
Administrative Assistant
VMSC

000008