# EXHIBIT 68:

INVOICES FOR NORTH MIDDLE SCHOOL TRIPS TO VICTORY MINISTRY AND SPORTS COMPLEX, 4/16/15 & 5/7/15

# Victory Ministry & Sports Complex
3405 S. Hammons Blvd
Joplin, MO 64804
USA

Voice: 417-206-6886
Fax: 417-206-6409

# INVOICE

Invoice Number: NMS5715
Invoice Date: May 7, 2015
Page: 1

*Duplicate*

| Bill To: | Ship to: |
|---|---|
| North Middle School | North Middle School |

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| North Middle School | | |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| | | | 5/7/15 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| | | May 7 rental (175 students @ $5 per student) | | 875.00 |

| | | |
|---|---|---|
| | Subtotal | 875.00 |
| | Sales Tax | |
| | Total Invoice Amount | 875.00 |
| Check/Credit Memo No: CK 334659 | Payment/Credit Applied | 875.00 |
| | **TOTAL** | 0.00 |

000034

**Victory Ministry & Sports Complex**
3405 S. Hammons Blvd
Joplin, MO 64804
USA

Voice: 417-206-6886
Fax: 417-206-6409

# INVOICE

Invoice Number: NMS42915
Invoice Date: Apr 16, 2015
Page: 1

*Duplicate*

| Bill To: | Ship to: |
|---|---|
| North Middle School | North Middle School |

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| North Middle School | | |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| | | | 4/29/15 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| | | April 29 rental (350 students @ $5 per student) | | 1,750.00 |
| | | Subtotal | | 1,750.00 |
| | | Sales Tax | | |
| | | Total Invoice Amount | | 1,750.00 |
| | | Payment/Credit Applied | | 1,750.00 |
| | | **TOTAL** | | 0.00 |

Check/Credit Memo No: CK 334658

000035