# EXHIBIT 69:

EMAILS TO KRISTEN0386@GMAIL.COM FROM RON LAWS, 11/14/13, 12/12/13, & 1/15/14 DISCUSSING RENTAL OF VICTORY MINISTRY AND SPORTS COMPLEX FOR JOPLIN HIGH SCHOOL CHEERLEADERS

INVOICES FOR JOPLIN HIGH SCHOOL CHEERLEADERS RENTAL OF VICTORY MINISTRY AND SPORTS COMPLEX, 11/11/13, 12/12/13, 10/20/14, 11/11/14, 11/21/14, & 1/31/14

| From: | ron@victoryjoplin.com |
|---|---|
| Subject: | invoice for Victory rental |
| Date: | Thu, November 14, 2013 11:30 am |
| To: | kristen0386@gmail.com |

Hi Kristen,

Attached is the invoice for the JHS Cheer practices at Victory Ministry & Sports Complex for October. Let me know if you have any questions. Thanks.

Ron


Ron Laws
Facilities Director
Victory Ministry & Sports Complex
ron@victoryjoplin.com
417-206-6886

**Attachments:**

| untitled-[1.1].plain | |
|---|---|
| Size: | 0.2 k |
| Type: | text/plain |

| JHS Cheer Invoice (Oct 2013).pdf | |
|---|---|
| Size: | 1.1 M |
| Type: | application/pdf |

| From: | ron@victoryjoplin.com |
|---|---|
| Subject: | invoice for use of Victory Ministry & Sports Complex |
| Date: | Thu, December 12, 2013 1:26 pm |
| To: | kristen0386@gmail.com |

Hi Kristen,

Attached is the invoice for use of Victory for cheerleading practices in November. Please note that it includes a past due amount of $150 for use of the facility in October.

Thank you for taking care of this.


Ron Laws
Facilities Director
Victory Ministry & Sports Complex
ron@victoryjoplin.com
417-206-6886

**Attachments:**

| untitled-[1.1].plain | |
|---|---|
| Size: | 0.3 k |
| Type: | text/plain |

| JHS Cheer Invoice (Nov 2013).pdf | |
|---|---|
| Size: | 337 k |
| Type: | application/pdf |

**Victory Ministry & Sports Complex**
3405 S. Hammons Blvd
Joplin, MO 64804
USA

Voice: 417-206-6886
Fax: 417-206-6409

# INVOICE

Invoice Number: JHS1013
Invoice Date: Nov 11, 2013
Page: 1

*Duplicate*

| Bill To: | Ship to: |
|---|---|
| Joplin High School Cheerleaders | Joplin High School Cheerleaders |

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Joplin High School C | | |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| | Airborne | | 11/11/13 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| | | Use of Victory Gym for cheerleading practice (Oct. 7, 9, 15, 17, 23 & 30) | | 150.00 |

| | | |
|---|---|---|
| Subtotal | | 150.00 |
| Sales Tax | | |
| Total Invoice Amount | | 150.00 |
| Payment/Credit Applied | | |
| **TOTAL** | | 150.00 |

Check/Credit Memo No:

000023

**Victory Ministry & Sports Complex**
3405 S. Hammons Blvd
Joplin, MO 64804
USA

Voice: 417-206-6886
Fax: 417-206-6409

# INVOICE

Invoice Number: JHS1113
Invoice Date: Dec 12, 2013
Page: 1

*Duplicate*

| Bill To: | Ship to: |
|---|---|
| Joplin High School Cheerleaders | Joplin High School Cheerleaders |

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Joplin High School C | | |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| | Airborne | | 12/12/13 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| | | Use of Victory Gym for cheerleading practice (Nov. 4, 6, 11, 13, 18, 21 & 25) | | 175.00 |
| | | PAST DUE amount from Invoice #JHS1013 | | 150.00 |

| | | |
|---|---|---|
| Subtotal | | 325.00 |
| Sales Tax | | |
| Total Invoice Amount | | 325.00 |
| Payment/Credit Applied | | |
| **TOTAL** | | 325.00 |

Check/Credit Memo No:

000024

# INVOICE

**Victory Ministry & Sports Complex**
3405 S. Hammons Blvd
Joplin, MO 64804
USA

Voice: 417-206-6886
Fax: 417-206-6409

Invoice Number: JHS1113
Invoice Date: Dec 12, 2013
Page: 1

*Duplicate*

**Bill To:**
Joplin High School Cheerleaders

**Ship to:**
Joplin High School Cheerleaders

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| Joplin High School C | | | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| | Airborne | | 12/12/13 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| | | Use of Victory Gym for cheerleading practice (Nov. 4, 6, 11, 13, 18, 21 & 25) | | 175.00 |
| | | PAST DUE amount from Invoice #JHS1013 | | 150.00 |

*Pd. $325.00 Ck #1264 12-17-13 (12-21 deposit)*

| | |
|---|---|
| Subtotal | 325.00 |
| Sales Tax | |
| Total Invoice Amount | 325.00 |
| Payment/Credit Applied | |
| **TOTAL** | **325.00** |

Check/Credit Memo No:

000025

# INVOICE

**Victory Ministry & Sports Complex**
3405 S. Hammons Blvd
Joplin, MO 64804
USA

Voice: 417-206-6886
Fax: 417-206-6409

Invoice Number: JHS 914
Invoice Date: Oct 20, 2014
Page: 1

*Duplicate*

**Bill To:**
Joplin R-8 School District
Joplin Administration Building
3901 E. 32nd St.
Joplin, MO 64804

**Ship to:**
Joplin R-8 School District
Joplin Administration Building
3901 E. 32nd St.
Joplin, MO 64804

| Customer ID | Customer PO | Payment Terms |
| --- | --- | --- |
| Joplin R-8 School Di | | |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| --- | --- | --- | --- |
| | | | 10/31/14 |

| Quantity | Item | Description | Unit Price | Amount |
| --- | --- | --- | --- | --- |
| | | Use of Victory Gym for cheerleading practice (Jan. 8, 13, 15) | | 150.00 |
| | | Use of Victory Gym for cheerleading practice (Feb. 12, 19, 20) | | 150.00 |
| | | Use of Victory Gym for cheerleading practice (July 17) x2 | | 100.00 |
| | | Use of Victory Gym for cheerleading practice (Aug. 5, 11, 12, 13, 14, 15, 18) | | 350.00 |
| | | Use of Victory Gym for cheerleading practice (Sept. 2, 29) | | 100.00 |

Check/Credit Memo No: CK 330831

| | |
| --- | --- |
| Subtotal | 850.00 |
| Sales Tax | |
| Total Invoice Amount | 850.00 |
| Payment/Credit Applied | 850.00 |
| **TOTAL** | 0.00 |

000021

**Victory Ministry & Sports Complex**
3405 S. Hammons Blvd
Joplin, MO 64804
USA

Voice: 417-206-6886
Fax: 417-206-6409

# INVOICE

Invoice Number: JHS 914
Invoice Date: Oct 20, 2014
Page: 1

*Duplicate*

| Bill To: | Ship to: |
|---|---|
| Joplin R-8 School District<br>Joplin Administration Building<br>3901 E. 32nd St.<br>Joplin, MO 64804 | Joplin R-8 School District<br>Joplin Administration Building<br>3901 E. 32nd St.<br>Joplin, MO 64804 |

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Joplin R-8 School Di | | |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| | | | 10/31/14 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| | | Use of Victory Gym for cheerleading practice (Jan. 8, 13, 15) | | 150.00 |
| | | Use of Victory Gym for cheerleading practice (Feb. 12, 19, 20) | | 150.00 |
| | | Use of Victory Gym for cheerleading practice (July 17) x2 | | 100.00 |
| | | Use of Victory Gym for cheerleading practice (Aug. 5, 11, 12, 13, 14, 15, 18) | | 350.00 |
| | | Use of Victory Gym for cheerleading practice (Sept. 2, 29) | | 100.00 |

*Pd. CK 330831*
*Rcvd. 12-1-14*

| | | |
|---|---|---|
| | Subtotal | 850.00 |
| | Sales Tax | |
| | Total Invoice Amount | 850.00 |
| Check/Credit Memo No: | Payment/Credit Applied | |
| | **TOTAL** | 850.00 |

000027

# Victory Ministry & Sports Complex

3405 S. Hammons Blvd
Joplin, MO 64804
USA

Voice: 417-206-6886
Fax: 417-206-6409

# INVOICE

Invoice Number: JHS 1014
Invoice Date: Nov 11, 2014
Page: 1

*Duplicate*

| Bill To: | Ship to: |
|---|---|
| Joplin R-8 School District | Joplin R-8 School District |
| Joplin Administration Building | Joplin Administration Building |
| 3901 E. 32nd St. | 3901 E. 32nd St. |
| Joplin, MO 64804 | Joplin, MO 64804 |

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Joplin R-8 School Di | | |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| | | | 11/21/14 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| | | Use of Victory Gym for cheerleading practice (Oct. 1, 2) | | 87.50 |
| | | Outstanding balance from Invoice JHS 914 | | 850.00 |
| | | Adjustment made to Invoice JHS 914 (Sept. practices charged for two hours each, instead of 1.75 hours each) | | -12.50 |

| | | |
|---|---|---|
| | Subtotal | 925.00 |
| | Sales Tax | |
| | Total Invoice Amount | 925.00 |
| Check/Credit Memo No: | Payment/Credit Applied | |
| | **TOTAL** | 925.00 |

000029

# INVOICE

**Victory Ministry & Sports Complex**
3405 S. Hammons Blvd
Joplin, MO 64804
USA

Voice: 417-206-6886
Fax: 417-206-6409

Invoice Number: JHS 1014
Invoice Date: Nov 11, 2014
Page: 1

*Duplicate*

**Bill To:**
Joplin R-8 School District
Joplin Administration Building
3901 E. 32nd St.
Joplin, MO 64804

**Ship to:**
Joplin R-8 School District
Joplin Administration Building
3901 E. 32nd St.
Joplin, MO 64804

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Joplin R-8 School Di | | |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| | | | 11/21/14 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| | | Use of Victory Gym for cheerleading practice (Oct. 1, 2) | | 87.50 |
| | | Outstanding balance from Invoice JHS 914 | | 850.00 |
| | | Adjustment made to Invoice JHS 914 (Sept. practices charged for two hours each, instead of 1.75 hours each) | | -12.50 |
| | | Payment received for Invoice JHS 914 (CK #330831, rcvd 12.11.14) | | -850.00 |

| | |
|---|---|
| Subtotal | 75.00 |
| Sales Tax | |
| Total Invoice Amount | 75.00 |
| Payment/Credit Applied | 75.00 |
| **TOTAL** | 0.00 |

Check/Credit Memo No: CK 331865

000022

# Victory Ministry & Sports Complex

3405 S. Hammons Blvd
Joplin, MO 64804
USA

Voice: 417-206-6886
Fax: 417-206-6409

# INVOICE

Invoice Number: JHS 1014
Invoice Date: Nov 11, 2014
Page: 1

*Duplicate*

**Bill To:**

Joplin R-8 School District
Joplin Administration Building
3901 E. 32nd St.
Joplin, MO 64804

**Ship to:**

Joplin R-8 School District
Joplin Administration Building
3901 E. 32nd St.
Joplin, MO 64804

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Joplin R-8 School Di | | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| | | | 11/21/14 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| | | Use of Victory Gym for cheerleading practice (Oct. 1, 2) | | 87.50 |
| | | Outstanding balance from Invoice JHS 914 | | 850.00 |
| | | Adjustment made to Invoice JHS 914 (Sept. practices charged for two hours each, instead of 1.75 hours each) | | -12.50 |
| | | Payment received for Invoice JHS 914 (CK #330831, rcvd 12.11.14) | | -850.00 |

*Thank you for the payment! Note that remaining balance is Past Due*

| | |
|---|---|
| Subtotal | 75.00 |
| Sales Tax | |
| Total Invoice Amount | 75.00 |
| Payment/Credit Applied | |
| **TOTAL** | **75.00** |

Check/Credit Memo No:

*75.00 33/865*
*Pd ck 1-30-15*

000028

| From: | ron@victoryjoplin.com |
| --- | --- |
| Subject: | invoice for Victory rental |
| Date: | Wed, January 15, 2014 10:52 am |
| To: | kristen0386@gmail.com |

Hi Kristen,

Attached is the invoice for the JHS Cheer practices at Victory Ministry & Sports Complex for December. Let me know if you have any questions. Thanks.

Ron

**Attachments:**

| **untitled-[1.1].plain** | |
| --- | --- |
| Size: | 0.1 k |
| Type: | text/plain |

| **JHS Cheer Invoice (Dec 2013).pdf** | |
| --- | --- |
| Size: | 1.1 M |
| Type: | application/pdf |

# INVOICE

**Victory Ministry & Sports Complex**
3405 S. Hammons Blvd
Joplin, MO 64804
USA

Voice: 417-206-6886
Fax: 417-206-6409

Invoice Number: JHS1213
Invoice Date: Jan 14, 2014
Page: 1

*Duplicate*

**Bill To:**
Joplin High School Cheerleaders

**Ship to:**
Joplin High School Cheerleaders

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Joplin High School C | | |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| | | | 1/31/14 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| | | Use of Victory Gym for cheerleading practice (Dec. 4, 11 & 18) | | 75.00 |

*Pd. CHK# 1250  1-30-14*

| | |
|---|---|
| Subtotal | 75.00 |
| Sales Tax | |
| Total Invoice Amount | 75.00 |
| Payment/Credit Applied | |
| **TOTAL** | **75.00** |

Check/Credit Memo No:

000026