# EXHIBIT 70:

INVOICE FOR JOPLIN FUTURE FARMERS OF AMERICA RENTAL OF VICTORY MINISTRY AND SPORTS COMPLEX, 2/19/15

# INVOICE

**Victory Ministry & Sports Complex**
3405 S. Hammons Blvd
Joplin, MO 64804
USA

Voice: 417-206-6886
Fax: 417-206-6409

Invoice Number: JFFA22415
Invoice Date: Feb 19, 2015
Page: 1

*Duplicate*

| Bill To: | Ship to: |
|---|---|
| Joplin FFA | Joplin FFA |

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Joplin FFA | | |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| | | | 2/24/15 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| | | Feb. 24 rental | | 300.00 |

*Pd. Cash 2-24-15*

| | |
|---|---|
| Subtotal | 300.00 |
| Sales Tax | |
| Total Invoice Amount | 300.00 |
| Payment/Credit Applied | |
| TOTAL | 300.00 |

Check/Credit Memo No:

000033