# EXHIBIT 72:

EMAILS BETWEEN RON LAWS & LAUREN BERRYHILL, 1/10/14, DISCUSSING INSIDE>OUT

| From: | ron@victoryjoplin.com |
|---|---|
| Subject: | Re: Inside>Out |
| Date: | Fri, January 10, 2014 11:22 am |
| To: | "Lauren Berryhill" <laurenberryhill@joplinschools.org> |

All of that sounds good. Thanks for letting me know.

> Hello Ron,
>
> Thank you for the call! I'm sorry it has taken me so long to get back with
> you. All of the areas in use and things of that sort will be the same for
> Inside>Out as The Gauntlet. The freshmen will be at Victory from
> 9:00am-2:00pm, but we will start set up at 7:00am and end clean up at
> 3:00pm. We would also like to do set up the same, Sunday, February 9th, we
> would like to set up from 2:00pm to 4:00pm. If anything needs to be
> changed
> to accommodate to you, let me know!
>
> Thank you so much!
> Lauren
>

Ron Laws
Facilities Director
Victory Ministry & Sports Complex
ron@victoryjoplin.com
417-206-6886

**Attachments:**

| **untitled-[1].plain** | |
|---|---|
| Size: | 0.7 k |
| Type: | text/plain |


| From: | "Lauren Berryhill" <laurenberryhill@joplinschools.org> |
| Subject: | Inside>Out |
| Date: | Fri, January 10, 2014 10:45 am |
| To: | ron@victoryjoplin.com |

Hello Ron,

Thank you for the call! I'm sorry it has taken me so long to get back with you. All of the areas in use and things of that sort will be the same for Inside>Out as The Gauntlet. The freshmen will be at Victory from 9:00am-2:00pm, but we will start set up at 7:00am and end clean up at 3:00pm. We would also like to do set up the same, Sunday, February 9th, we would like to set up from 2:00pm to 4:00pm. If anything needs to be changed to accommodate to you, let me know!

Thank you so much!
Lauren

**Attachments:**

| **untitled-[1].plain** |
|---|
| Size: 0.5 k |
| Type: text/plain |