# EXHIBIT 73:

EMAILS BETWEEN RON LAWS & TOBIN SCHULTZ, 11/14/13, WITH ATTACHED INVOICES FOR JOPLIN HIGH SCHOOL'S USE OF VICTORY MINISTRY & SPORTS COMPLEX FOR LINK CREW GAUNTLET

| From: | "Tobin Schultz" <tobinschultz@joplinschools.org> |
| --- | --- |
| Subject: | Re: invoice for Victory rental |
| Date: | Thu, November 14, 2013 5:45 pm |
| To: | ron@victoryjoplin.com |

Thank you sir.

On Thu, Nov 14, 2013 at 10:21 AM, <ron@victoryjoplin.com> wrote:

> Hi Tobin,
>
> Jef Frost asked me to send you the attached invoice for the Link Crew Gauntlet at Victory last month. Let me know if you have questions. Thanks.
>
> Ron
>
>
> Ron Laws
> Facilities Director
> Victory Ministry & Sports Complex
> ron@victoryjoplin.com
> 417-206-6886

**Attachments:**

| **untitled-[1].plain** | |
| --- | --- |
| Size: | 0.3 k |
| Type: | text/plain |

# Victory Ministry & Sports Complex
3405 S. Hammons Blvd
Joplin, MO 64804
USA

Voice: 417-206-6886
Fax: 417-206-6409

# INVOICE

Invoice Number: JHS112113
Invoice Date: Nov 11, 2013
Page: 1

*Duplicate*

| Bill To: | Ship to: |
|---|---|
| Joplin High School | Joplin High School |

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Joplin High School | | |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| | Airborne | | 11/11/13 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| | | Use of facility for Link Crew Gauntlet (Oct. 21 & 22) | | 2,500.00 |

| | |
|---|---|
| Subtotal | 2,500.00 |
| Sales Tax | |
| Total Invoice Amount | 2,500.00 |
| Payment/Credit Applied | |
| **TOTAL** | 2,500.00 |

Check/Credit Memo No:

000031

# INVOICE

**Victory Ministry & Sports Complex**
3405 S. Hammons Blvd
Joplin, MO 64804
USA

Voice: 417-206-6886
Fax: 417-206-6409

Invoice Number: JHS112113
Invoice Date: Nov 11, 2013
Page: 1

*Duplicate*

**Bill To:**
Joplin High School

**Ship to:**
Joplin High School

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Joplin High School | | |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| | Airborne | | 11/11/13 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| | | Use of facility for Link Crew Gauntlet (Oct. 21 & 22) | | 2,500.00 |

*handwritten:* Pd $1000.00 CK# 321413 12-19-13 (12-21 deposit)

\* Jef said to accept the $1000.00 as payment in full

| | |
|---|---|
| Subtotal | 2,500.00 |
| Sales Tax | |
| Total Invoice Amount | 2,500.00 |
| Payment/Credit Applied | |
| **TOTAL** | **2,500.00** |

Check/Credit Memo No:

000032